```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

**IN RE:**

**CASE NO. 16-05295 EAG**

**IRMA ADELINA RODRÍGUEZ COSSÍO**

**CHAPTER 7**

    **DEBTOR(S)**

### NOTICE OF POSTAL ADDRESS CHANGE

Notice is hereby given to all creditors and parties in interest that there has been a change in Debtor's postal address. The new address is the following:

> Irma Rodríguez Cossío
> c/o Clara Nazario
> P. O. Box 1915
> Mayagüez, PR 00680

In San Juan, Puerto Rico, this 12th day of July 2018.

**HERMAN F. VALENTÍN & ASSOCIATES**
P.O. Box 9023394
San Juan, PR 00902-3394
Tel. (787) 200-5426

By: ***/s/Herman F. Valentín Figueroa***
Herman F. Valentín Figueroa
USDC-PR # 201904