# United States Bankruptcy Court
## District of Puerto Rico

In re: *Irma A Rodriguez-Cossio*, Debtor(s)

Case No. *16-05295 EAG*
Chapter *7*

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

Schedule A/B & C: to amend some descriptions & to adjust exemptions as per continuing negotiations w/ Chapter 7 Trustee.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: *July 23, 2019*

*/s/ Lyssette A Morales Vidal*

*Lyssette A Morales Vidal 120011*
Attorney for Debtor(s)
*L.A. MORALES & ASSOCIATES P.S.C.*
*URB VILLA BLANCA*
*76 AQUAMARINA*
*Caguas, PR 00725-1908*
*787-746-2434 Fax:1-855-298-2515*
*lamoraleslawoffice@gmail.com*

Fill in this information to identify your case and this filing:

Debtor 1 **Irma A Rodriguez-Cossio**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number **16-05295 EAG**

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☒ Yes. Where is the property?

1.1
**21 N. del Rio Street**
Street address, if available, or other description

**Mayaguez    PR**
City    State    ZIP Code

County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other **Commercial Prop in abandoned state**

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

*Undivided participation in community property: One story Commercial structure one story & basement located at 21 N. del Rio Street, Mayaguez. Currently the structure is in a dilapidated state. The estimated value of the property is $100,000. Debtor is co-owner w/ former spouse & 2 other co-owners in equal parts or 25% each, or a gross value of $25,000. Burden to the Estate, after hypothetical liquidation & partition costs & §363 AP to obtain consent of the other members of community.*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
$100,000.00    $25,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
*Fee simple*

☒ **Check if this is community property**
(see instructions)

| Debtor 1 | **Irma A Rodriguez-Cossio** | | Case number *(if known)* | **16-05295 EAG** |

*If you own or have more than one, list here:*

**1.2**

**Urb Paraiso de Mayaguez**
**B-13 Calle Serenidad**
_Street address, if available, or other description_

**Mayaguez**   **PR**   **00680-0000**
City   State   ZIP Code

**Mayaguez**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$233,610.50**

**Current value of the portion you own?** **$233,610.50**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Other information you wish to add about this item, such as local property identification number:**

**Two-story, single family, concrete residential structure consisting of living room, dining room, kitchen, four bedrooms, two and a half bathrooms, double carport, balcony in a 349.932 square meter lot.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>**   **$258,610.50**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**   Make: **Mitsubishi**
Model: **Outlander**
Year: **2005**
Approximate mileage: **190000**
Other information:

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$3,239.00**

**Current value of the portion you own?** **$3,239.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>**   **$3,239.00**

**Part 3:** **Describe Your Personal and Household Items**

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** |

| | |
|---|---|
| Debtor 1 *Irma A Rodriguez-Cossio* | Case number *(if known)* **16-05295 EAG** |

<div style="text-align:right">Do not deduct secured claims or exemptions.</div>

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | *Living room set, dining room set, electric range, refrigerator, dishwasher, microwave oven, small kitchen appliances, cutlery, cooking utensils and gadgets, pots, pans, crocks, glassware, china, flatware, washer, dryer, kitchen, bed and bath linens, master bedroom set, two bedroom sets, one daybed, three bookstands, one desk, enterainment center, resin terrace furniture.  Silk-screens, prints and pictures. Text, literature and general interest books.* | *$8,000.00* |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | *2 TV sets*<br>*1 DVD player*<br>*1 Laptop computer*<br>*Printer* | *$800.00* |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | *Stationary bicycle* | *$60.00* |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---|
    | *Women s apparel and accessories* | *$300.00* |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Irma A Rodriguez-Cossio**                                    Case number *(if known)*   **16-05295 EAG**

|  |  |
|---|---|
| *Women s costume jewelry, watch, gold ear rings, gold ear rings, gold tapaz ring, silver jewelry* | *$1,000.00* |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................** $10,160.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.............................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................          Institution name:

    17.1.  **Checking Account**   BPPR, Mayaguez Mall                                  $20.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
           Name of entity:                                           % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
           Type of account:         Institution name:

| Debtor 1 | **Irma A Rodriguez-Cossio** | Case number *(if known)* | **16-05295 EAG** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
■ Yes. ....................

| | Institution name or individual: | |
|---|---|---|
| *Electric Water* | *PREPA* | *$200.00* |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☐ No
■ Yes. Give specific information......

| *Liquidation of conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez ISCI 2007-1184. Garnishment in favor of Debtor.* | *Property Settlement* | *$334,367.81* |
|---|---|---|

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

Debtor 1  *Irma A Rodriguez-Cossio*    Case number *(if known)* **16-05295 EAG**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:     Beneficiary:     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**    **$334,587.81**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes. Describe.....

| *One desk, folding table, half-moon therapy table, ILS machine, portable audiometer, two two-drawer files, one computer, one printer, one photocopier, one love seat, six chair, one corner table, executive chair, one scretary s chair, one metal shelf* | *$4,000.00* |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ■ No
    ☐ Yes. Describe.....

Debtor 1  **Irma A Rodriguez-Cossio**  Case number *(if known)* **16-05295 EAG**

41. **Inventory**
    - ☒ No
    - ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
    - ☒ No
    - ☐ Yes. Give specific information about them...................
        Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    - ☒ No.
    - ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☒ No
        - ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    - ☒ No
    - ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.....................................................................................................** — **$4,000.00**

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☒ No
    - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... — **$0.00**

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ................................................................................................................. **$258,610.50**
56. **Part 2: Total vehicles, line 5**            $3,239.00
57. **Part 3: Total personal and household items, line 15**   $10,160.00
58. **Part 4: Total financial assets, line 36**   $334,587.81
59. **Part 5: Total business-related property, line 45**   $4,000.00
60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00
61. **Part 7: Total other property not listed, line 54**   +   $0.00
62. **Total personal property.** Add lines 56 through 61...   **$351,986.81**    Copy personal property total    **$351,986.81**
63. **Total of all property on Schedule A/B**. Add line 55 + line 62    **$610,597.31**

| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |
| Debtor 1 | *Irma A Rodriguez-Cossio* | | |
| | First Name  Middle Name  Last Name | | |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | *16-05295 EAG* | | ■ Check if this is an amended filing |

## Official Form 106C
# Schedule C: The Property You Claim as Exempt  4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Undivided participation in community property: One story Commercial structure one story & basement located at 21 N. del Rio Street, Mayaguez. Currently the structure is in a dilapidated state.**<br>Line from *Schedule A/B*: **1.1** | $25,000.00 | ■ 0%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Urb Paraiso de Mayaguez B-13 Calle Serenidad Mayaguez, PR 00680 Mayaguez County**<br>**Two-story, single family, concrete residential structure consisting of living room, dining room, kitchen, four bedrooms, two and a half bathrooms, double carport, balcony in**<br>Line from *Schedule A/B*: **1.2** | $233,610.50 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2005 Mitsubishi Outlander 190000 miles**<br>Line from *Schedule A/B*: **3.1** | $3,239.00 | ■ $2,200.63<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

| Debtor 1 | **Irma A Rodriguez-Cossio** | | Case number (if known) | **16-05295 EAG** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Living room set, dining room set, electric range, refrigerator, dishwasher, microwave oven, small kitchen appliances, cutlery, cooking utensils and gadgets, pots, pans, crocks, glassware, china, flatware, washer, dryer, kitchen, bed and bath linens, master**<br>Line from *Schedule A/B*: **6.1** | *$8,000.00* | ■<br>☐ | *$8,000.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(3)* |
| **2 TV sets**<br>**1 DVD player**<br>**1 Laptop computer**<br>**Printer**<br>Line from *Schedule A/B*: **7.1** | *$800.00* | ■<br>☐ | *$800.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(3)* |
| **Stationary bicycle**<br>Line from *Schedule A/B*: **9.1** | *$60.00* | ■<br>☐ | *$60.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(3)* |
| **Women s apparel and accessories**<br>Line from *Schedule A/B*: **10.1** | *$300.00* | ■<br>☐ | *$300.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(3)* |
| **Women s costume jewelry, watch, gold ear rings, gold ear rings, gold tapaz ring, silver jewelry**<br>Line from *Schedule A/B*: **12.1** | *$1,000.00* | ■<br>☐ | *$1,000.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(4)* |
| **Checking Account: BPPR, Mayaguez Mall**<br>Line from *Schedule A/B*: **17.1** | *$20.00* | ■<br>☐ | *$0.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(5)* |
| **Electric Water: PREPA**<br>Line from *Schedule A/B*: **22.1** | *$200.00* | ■<br>☐ | *$200.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(5)* |
| **Property Settlement: Liquidation of conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez ISCI 2007-1184. Garnishment in favor of Debtor.**<br>Line from *Schedule A/B*: **29.1** | *$334,367.81* | ■<br>☐ | *$12,900.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(5)* |
| **One desk, folding table, half-moon therapy table, ILS machine, portable audiometer, two two-drawer files, one computer, one printer, one photocopier, one love seat, six chair, one corner table, executive chair, one scretary s chair, one metal shelf**<br>Line from *Schedule A/B*: **39.1** | *$4,000.00* | ■<br>☐ | *$2,375.00*<br>100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(6)* |

Debtor 1 *Irma A Rodriguez-Cossio*     Case number (if known) *16-05295 EAG*

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Irma A Rodriguez-Cossio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | **16-05295 EAG** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X */s/ Irma A Rodriguez-Cossio*                           X _____
**Irma A Rodriguez-Cossio**                                    Signature of Debtor 2
Signature of Debtor 1

Date **July 23, 2019**                                          Date

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy