**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br> **IRMA ADELINA RODRIGUEZ COSSIO** <br> **xxx–xx–5270** <br><br> Debtor(s) | Case No. **16–05295 EAG** <br><br> Chapter **7** <br><br> FILED & ENTERED ON 11/20/19 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Trustees Second Objection to Debtors Claimed Exemption filed by Chapter 7 Trustee, docket #109.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In Ponce, Puerto Rico, this Wednesday, November 20, 2019 .

*Edward A. Godoy*
United States Bankruptcy Judge