| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-2<br>Case 16-05295-EAG7<br>District of Puerto Rico<br>Ponce<br>Tue Aug 11 15:57:27 AST 2020 | UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of PR<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AT & T<br>P.O. BOX 772349<br>OCALA, FL 34477-2349 | BUFETE SANTOS & NIEVES BLAS<br>2625 Ave. Hostos<br>Mayaguez, PR 00682-6326 | C.O.F.E.C.C.<br>P.O. BOX 191791<br>SAN JUAN, PR 00919-1791 |
| CARICO INTERNATIONAL, INC.<br>2851 CYPRESS CREEK RD.<br>FORT LAUDERDALE, FL 33309-1781 | CARLOS SOTO VILLARUBIA<br>230 Calle Marina<br>Aguada, PR 00602-3217 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| CLARO<br>P.O. BOX 70366<br>SAN JUAN, PR 00936-8366 | CRESCA CORPORATION<br>PMB 92<br>P.O. BOX 71325<br>SAN JUAN, PR 00936-8425 | Carlos Soto Villarubia and Amy Irizarry Mart<br>PO Box 161,<br>Aguadilla, PR 00605-0161 |
| DIRECT TV<br>P.O. BOX 71413<br>SAN JUAN, PR 00936-8513 | DLJ MORTGAGE CAPITAL INC.<br>SELECT PORTFOLIO SERVICING, INC.<br>P.O. BOX 65250<br>SALT LAKE CITY, UT 84165-0250 | DLJ MORTGAGE CAPITAL, INC.<br>11 MADISON AVENUE<br>NEW YORK, NY 10010-3629 |
| Dr. Rogelio Ma on Schotborgh<br>P. O. Box 1046<br>Cabo Rojo, PR 00623-1046 | FIRSTBANK PR<br>DEPARTAMENTO DE AUTOS<br>P.O. BOX 13817<br>SAN JUAN, PR 00908-3800 | FIRSTBANK PR<br>P.O. BOX 9146<br>SAN JUAN, PR 00908-0146 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MAZA & GREEN<br>P.O. BOX 364028<br>SAN JUAN, PR 00936-4028 |
| Myrta Estrella Nieves-Blas<br>PO BOx 161<br>Aguadilla, PR 00605-0161 | P.R. TELEPHONE<br>P.O. BOX 70367<br>SAN JUAN, PR 00936-8367 | PREFERRED HOME SERVICES, INC.<br>P.O. BOX 4069<br>BAYAMON, PR 00958-1069 |
| Pic Corporate Services<br>PMB 606, Suite 105<br>89 De Diego Avenue<br>San Juan, PR 00927-6370 | Puerto Rico Consumer Debt Management Co.<br>Citi Tower II<br>250 Ponce de Le n Ave., 7th Floor<br>San Juan, PR 00918-2036 | SAM'S CLUB CREDIT<br>P.O. BOX 530942<br>ATLANTA, GA 30353-0942 |
| SELECT PORTFOLIO SERVICING, INC.<br>P.O. BOX 65250<br>SALT LAKE CITY, UT 84165-0250 | SPS SELECT PORTFOLIO SERVICING, INC.<br>3815 SOUTH WEST TEMPLE<br>SALT LAKE CITY, UT 84115-4412 | SUPER PAGES<br>P.O. BOX 228643<br>MIAMI, FL 33222-8643 |

```
Strategic Legal Group, PSC           UNITED RECOVERY SYSTEMS           Wendell W. Col n Law Office
P. O. Box 366220                     P.O. BOX 722929                   P. O. Box 7970
San Juan, PR 00936-6220              HOUSTON, TX 77272-2929            Ponce, PR 00732-7970



Carlos Soto Villarrubia              HERMAN FRANCISCO VALENTIN FIGUEROA   IRMA ADELINA RODRIGUEZ COSSIO
PO 161, Victoria Station             PO BOX 9023394                       C/O CLARA NAZARIO
Aguadilla, PR 00605-0161             SAN JUAN, PR 00902-3394              PO BOX 1915
                                                                          MAYAGUEZ, PR 00681-1915



LYSSETTE A MORALES VIDAL             MONSITA LECAROZ ARRIBAS           NOREEN WISCOVITCH RENTAS
LYSSETE MORALESLAW OFFICE            OFFICE OF THE US TRUSTEE (UST)    PMB 136
76 CALLE AQUAMARINA URB VILLA BLANCA OCHOA BUILDING                    400 CALAF STREET
CAGUAS, PR 00725-1908                500 TANCA STREET  SUITE 301       SAN JUAN, PR 00918-1313
                                     SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CITI CARDS                           Jefferson Capital Systems LLC     End of Label Matrix
P.O. BOX 183051                      Po Box 7999                       Mailable recipients    38
COLUMBUS, OH 43218-3051              Saint Cloud Mn 56302-9617         Bypassed recipients     0
                                                                       Total                  38
```