**AMENDED FORM 1**  Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-05295-EAG | | | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | | | Date Filed (f) or Converted (c): | 11/15/2016 (c) |
| For the Period Ending: | 7/13/2021 | | | §341(a) Meeting Date: | 12/29/2016 |
| | | | | Claims Bar Date: | 02/01/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 21 North Del Rio Street Mayaguez Pr | $100,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Debtor amended schedule B and C. docket 119 (value before amendment $23,610.50) YMG 4/17/20 As per schedule D the IRS has a lien for unknown amount over this asset. YMG 5/19/17 Debtor is only 25% co-owner. | | | | | |
| 2 | Urb. Paraiso De Mayaguez B-13 Calle Serenidad B-13 Calle Ser | $233,610.50 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Debtor amended schedule B and C. docket 119 (value before amendment $210,000) YMG 4/17/20 | | | | | |
| 3 | 2005 Mitsubishi Outlander Mileage: 190,000 | $3,239.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 2005 Mitsubishi Outlander mileage: 190,000. Trustee understands that the equity of this motor vehicle is not worth pursing due to the conditions of the same. It will be marked as fully administered. | | | | | |
| 4 | Living Room Set; Dining Room Set; Electric Range; Refrigerat | $8,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Living room set; dining room set; electric range; refrigerator; dishwasher; microwave oven; small kitchen appliances; cutlery; cooking utensils and gadgets; pots; pans; crocks; glassware; china; flatware; washer; dryer; kitchen, bed and bath linens; master | | | | | |
| 5 | Two Tv Sets; One Dvd Player; One Lapt-Top Computer; Printer. | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Two TV sets; one DVD player; one lapt-top computer; printer. | | | | | |
| 6 | Stationary Bicycle | $60.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Stationary bicycle | | | | | |
| 7 | Women's Apparel And Accessories. | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Women's Costume Jewelry, Watch, Gold Ear Rings, Gold & Topaz | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Banco Popular De P.R., Mayaguez Mall Branch | $20.00 | $0.00 | | $0.00 | FA |
| 10 | Electric Prepa | $200.00 | $0.00 | | $0.00 | FA |
| 11 | VOID | $20.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor eliminated this asset in the amendment Dkt. no. 119. | | | | | |
| 12 | Liquidation Of Conjugal Property As Determined By The P.R. C | $334,367.81 | $334,367.81 | | $48,957.57 | $40,575.02 |
| Asset Notes: | Liquidation of conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez, ISCI 2007-1184. This liquidation depends on the availability to execute the judgment by way of garnishing accounts receivables from Debtor's former spouse. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 16-05295-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | Date Filed (f) or Converted (c): | 11/15/2016 (c) |
| For the Period Ending: | 7/13/2021 | §341(a) Meeting Date: | 12/29/2016 |
| | | Claims Bar Date: | 02/01/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Trustee filed an Objection to Debtor's Claim of Exemptions Marital Property Division Account Receivable docket 63 | | | | | |
| Order granting Trustee's Objection entered on 11/20/17 docket 69. | | | | | |
| This is the same as asset No. 14 below. Which is an adversary proceeding. NWR 11/25/2019 This asset is not marked fully administer as the Trustee does not know if any further checks will be received from State Court. NWR 4-28-20 | | | | | |
| Trustee continues to receive deposits from the State Court. After 11-30-2020 all deposits received will be applied towards the $40,000 Stipulation for satisfaction of Judgment. Dkt. No. 144. | | | | | |
| Order approving the stipulation docket 146. | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 13 | One Desks, Folding Table, Half-Moon Therapy Table, Ils Machi | $4,000.00 | $1,625.00 | | $0.00 | FA |
| Asset Notes: | This property has no value to the estate. NWR | | | | | |
| 14 | Adversary Proceeding (u) | $0.00 | $360,699.27 | | $16,000.00 | $24,000.00 |
| Asset Notes: | Adversary case 18-00049 against RAFAEL ANGEL RODRIGUEZ MOJICA. docket 76. Related to Asset No. 12. | | | | | |
| | Judgement was entered in favor of Trustee. Discovery on assets to be done by counsel for collection. NWR 3-28-20 | | | | | |
| | Trustee settled this Judgment for the amount of $40,000.00. See Dkt. No. 144. | | | | | |
| 15 | Adversary Proceeding (u) | $0.00 | $13,485.09 | | $2,708.36 | $2,291.64 |
| Asset Notes: | Adversary case 18-00050 against IRMA ADELINA RODRIGUEZ COSSIO. docket 78 | | | | | |
| | Related to turnover of fund received post petition from former spouse. - Noreen Wiscovitch 5/11/2018 | | | | | |
| | Trustee to enter into settlement with Debtor claiming exempt the amount of $12900 over the funds she already received post petition in the amount of $26385.09. Plus the Debtor will pay $5,000.00 to the Trustee in 24 payments of $208.34 each. NWR 8/18/20 | | | | | |
| INT | Post-Petition Interest Deposits (u) | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  
$685,617.31    $710,177.17    $67,665.93    **Gross Value of Remaining Assets** $66,866.66

**Major Activities affecting case closing:**

| 05/07/2021 | Trustee continues to receive payments on stipulation. NWR 5-7-21 |
|---|---|
| 02/22/2021 | Trustee entered into stipulation over payment of a claim of minor state court litigant. Payment continues to receive payments on two other stipulations. In addition the Trustee continues to receive funds from state court. NWR 2-22-21 |
| 12/01/2020 | Trustee has filed settlement of adversary 18-00049 and in the Main case. NWR 12-1-20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 16-05295-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | Date Filed (f) or Converted (c): | 11/15/2016 (c) |
| For the Period Ending: | 7/13/2021 | §341(a) Meeting Date: | 12/29/2016 |
| | | Claims Bar Date: | 02/01/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 08/29/2020 | Stipulation for settlement filed adversary no. 18-00050. Trustee will receive a payment of $5,000 in 24 monthly payments. Trustee continues to attempt to settle second adversary proceeding judgment for a lump sum payment. NWR 8/29/20 |
| 08/08/2020 | Trustee in settlement discussions with the Debtor for payment of amounts received post petition. NWR 8-8-20 |
| 04/26/2020 | Debtor again claimed exempt a portion of the account receivable from former spouse. Trustee to file objection. NWR 4-26-20 |
| 02/14/2020 | Adversary against Debtor is still pending. It appears that it may not settle at this time. Trustee to attempt collection on Judgment against former spouse. NWR 2/14/2020 |
| 11/15/2019 | Trustee received settlement offer from counsel of the Debtor in the adversary. Its being negotiated by counsel of the Estate. The adversary against former spouse court granted summary judgment in Trustee's favor. NWR 11/15/19 |
| 08/02/2019 | Adversaries continue against the Debtor and her former spouse. NWR 8-2-19 |
| 03/28/2019 | Court denied the Motion for Relief from Order and set the pretrial for April 16, 2019 in Adversary No. 18-00050 and in Adversary No. 18-00049 a Motion for Summary Judgment is pending. NWR 3/28/2019 |
| 03/19/2019 | Adversary still pending. Debtor/Defendant hire new counsel. They filed a Motion for Relief from Order regarding the objection to Claimed exemptions. NWR 3-19-19 |
| 12/08/2018 | Adversary still pending. New counsel was hired by Defendant. NWR 12-8-18 |
| 08/24/2018 | |
| | Adversary Pending see note below. - Noreen Wiscovitch 08/13/2018 |
| | Adversary for revocation of Discharge and turnover filed and adversary against husband for Account Receivable. - Noreen Wiscovitch 5/11/2018 |
| | Counsel for the Estate to attempt to collect on the division of property from Debtor's former spouse. - Noreen Wiscovitch 3/27/2018 |
| | Objection to claimed exemption filed. Counsel for the Estate to be filed if objection granted. - Noreen Wiscovitch 11/2/2017 |
| | This case is an asset case because of an a/r against debtor's ex-husband for marital division. Trustee to hire counsel. - Noreen Wiscovitch 8/27/2017 |
| | This case may go over 90 days. It remains a no asset case. UST investigating Debtor's financial affairs and has requested additional documents. No Bar date requested - Noreen Wiscovitch 02/27/2017 |
| | [Noreen Wiscovitch 2017-02-27 20:08:39] |

| Initial Projected Date Of Final Report (TFR): | 12/31/2019 | Current Projected Date Of Final Report (TFR): | 12/31/2022 | /s/ NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| | | | | NOREEN WISCOVITCH-RENTAS |