**AMENDED FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-05295-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4048 | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/30/2016 | Blanket bond (per case limit): | $10,019,706.00 |
| For Period Ending: | 7/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2018 | | BANCO SANTANDER | Transfer Funds | 9999-000 | $4,711.52 | | $4,711.52 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.96 | $4,709.56 |
| 09/14/2018 | | Green Bank | Bank Service Fee | 2600-000 | | ($1.96) | $4,711.52 |
| 09/17/2018 | (12) | ALGUACIL TRIBUNAL SUPERIOR | Liquidation of conjugal property Liquidation of conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez, ISCI 2007-1184. | 1121-000 | $3,362.18 | | $8,073.70 |
| 10/11/2018 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment ORDER approving payment of bond. docket 86 YMG 10/17/18 | 2300-000 | | $18.55 | $8,055.15 |
| 01/18/2019 | (12) | ALGUACIL TRIBUNAL SUPERIOR | Liquidation of conjugal property Liquidation of conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez, ISCI 2007-1184. | 1121-000 | $5,842.25 | | $13,897.40 |
| 09/24/2019 | 5002 | INTERNATIONAL SURETIES LTD | Blanket Bond 2019-2020 ORDER approving payment of bond docket 110 | 2300-000 | | $32.75 | $13,864.65 |
| 11/02/2019 | (12) | ALGUACIL TRIBUNAL SUPERIOR | Liquidation of conjugal property Liquidation of conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez, ISCI 2007-1184. | 1121-000 | $6,101.55 | | $19,966.20 |
| 11/06/2019 | (12) | ALGUACIL TRIBUNAL SUPERIOR | Liquidation of conjugal property Liquidation of conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez, ISCI 2007-1184. | 1121-000 | $1,171.12 | | $21,137.32 |
| 05/29/2020 | (12) | Alguacil Tribunal Superior | Liquidation of conjugal property Liquidation of Conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez, ISCI 2007-1184. | 1121-000 | $6,672.05 | | $27,809.37 |
| 06/26/2020 | (12) | Alguacil Tribunal Superior | Account Receivable | 1121-000 | $1,689.67 | | $29,499.04 |
| 08/18/2020 | (15) | Rodriguez Cossio, Irma Adelina | Payment on Stipulation filed in Adv. No. 18-00050. Dkt. No. 81and 82. Payment No. 1 Docket on lead case 134 and 135 | 1249-000 | $208.34 | | $29,707.38 |
| 08/18/2020 | (15) | Rodriguez Cossio, Irma Adelina | Payment on Stipulation on Adversary No. 18-00050 Dkt. no. 81 and 82. Second payment Docket on lead case 134 and 135 | 1249-000 | $208.34 | | $29,915.72 |

| | | | | SUBTOTALS | $29,967.02 | $51.30 | |

FORM 2

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-05295-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4048 | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/30/2016 | Blanket bond (per case limit): | $10,019,706.00 |
| For Period Ending: | 7/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2020 | (15) | Rodriguez Cossio, Irma Adelina | Payment on Stipulation filed in Adv. No. 18-00050. Dkt. No. 81 and 82. Payment No. 3  Docket on lead case 134 and 135 | 1249-000 | $208.34 | | $30,124.06 |
| 09/22/2020 | 5003 | INTERNATIONAL SURETIES LTD | Blanket Bond Period 2020-2021  motion requesting payment of bond docket 137  Order approving motion docket 138 | 2300-000 | | $73.24 | $30,050.82 |
| 10/27/2020 | (15) | Rodriguez Cossio, Irma Adelina | Payment on Stipulation filed in Adv. No. 18-00050. Dkt. No. 81 and 82. Payment No. 4  Docket on lead case 134 and 135 | 1249-000 | $208.38 | | $30,259.20 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $50.12 | $30,209.08 |
| 11/09/2020 | (12) | Alguacil Tribunal Superior | Account Receivable | 1121-000 | $3,626.90 | | $33,835.98 |
| 11/19/2020 | (15) | Rodriguez Cossio, Irma Adelina | Payment on Stipulation filed in Adv. No. 18-00050. Dkt. No. 81 and 82. Payment No. 5  Docket on lead case 134 and 135 | 1249-000 | $208.34 | | $34,044.32 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $49.69 | $33,994.63 |
| 12/01/2020 | (14) | Rafael Rodriguez Mojica | 1st payment per stipulation in adversary no. 18-00049. Dkt. No. 45 and 46 and in main case Dkt. No. 144. | 1249-000 | $10,000.00 | | $43,994.63 |
| 12/03/2020 | (12) | Alguacil Tribunal Superior | Account Receivables. | 1121-000 | $1,444.50 | | $45,439.13 |
| 12/22/2020 | (12) | Alguacil Tribunal Superior | Account Receivables. | 1121-000 | $893.70 | | $46,332.83 |
| 12/24/2020 | (15) | Rodriguez Cossio, Irma Adelina | Payment on Stipulation filed in Adv. No. 18-00050. Dkt. No. 81 and 82. Payment No. 6  Dockets 134 and 135 on lead case 16-05295 | 1249-000 | $208.34 | | $46,541.17 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $73.15 | $46,468.02 |
| 01/13/2021 | (15) | Rodriguez Cossio, Irma Adelina | Payment 7 of 24.  Docket 81 and 82 on Adv Proc case 18-00050  Docket 134 and 135 on lead case 16-05295 | 1249-000 | $208.34 | | $46,676.36 |
| 01/25/2021 | (14) | Rafael Angel Rodriguez Mojica | Per stipulation Dkt. No. 144 1st Payment of $10,000 and then 24 payments of $1000.00 each and a final payment of $6,000. See Adversary No. 18-00049 Dkt. No. 45 and 46. | 1249-000 | $1,000.00 | | $47,676.36 |
| | | | **SUBTOTALS** | | $18,006.84 | $246.20 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-05295-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4048 | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/30/2016 | Blanket bond (per case limit): | $10,019,706.00 |
| For Period Ending: | 7/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $75.55 | $47,600.81 |
| 02/09/2021 | (12) | Alguacil Tribunal Superior | Account Receivable from division of Marital Property consigned at Mayaguez Court. | 1121-000 | $4,017.15 | | $51,617.96 |
| 02/11/2021 | (15) | Rodriguez Cossio, Irma Adelina | Payment 8 of 24. Docket 81 and 82 on Adv Proc Case 18-00050 Docket 134 and 135 on lead case 16-05295 | 1249-000 | $208.34 | | $51,826.30 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $73.75 | $51,752.55 |
| 03/01/2021 | (14) | Rafael Angel Rodriguez Mojica | Per stipulation Dkt. No. 144. Second Payment of $10,000 and then 24 payments of $1000.00 each and a final payment of $6,000. See Adversary No. 18-00049 Dkt. No. 45 and 46. | 1249-000 | $1,000.00 | | $52,752.55 |
| 03/16/2021 | (14) | Rafael Angel Rodriguez Mojica | Per stipulation Dkt. No. 144. Third Payment of $10,000 and then 24 payments of $1000.00 each and a final payment of $6,000. See Adversary No. 18-00049 Dkt. No. 45 and 46. | 1249-000 | $1,000.00 | | $53,752.55 |
| 03/22/2021 | (15) | Rodriguez Cossio, Irma Adelina | Payment on Stipulation filed in Adv. No. 18-00050. Dkt. No. 81 and 82 Payment No. 9 Docket 134 and 135 on lead case 16-05295 | 1249-000 | $208.24 | | $53,960.79 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $86.00 | $53,874.79 |
| 04/25/2021 | (12) | Alguacil Tribunal Superior | Account Receivable from division of Marital Property consigned at Mayaguez Court. | 1121-000 | $2,756.39 | | $56,631.18 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $90.74 | $56,540.44 |
| 05/04/2021 | (15) | Rodriguez Cossio, Irma Adelina | Payment 10 of 24 on Stipulation. Dkt. No. 81 and 82 in Adv. No. 18-00050 Dockets 134 and 135 on lead case 16-05295 | 1249-000 | $208.34 | | $56,748.78 |
| 05/07/2021 | (14) | Rafael Angel Rodriguez Mojica | Per stipulation Dkt. No. 144. Fourth Payment of $10,000 and then 24 payments of $1000.00 each and a final payment of $6,000. See Adversary No. 18-00049 Dkt. No. 45 and 46. | 1249-000 | $1,000.00 | | $57,748.78 |
| | | | **SUBTOTALS** | | $10,398.46 | $326.04 | |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-05295-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4048 | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/30/2016 | Blanket bond (per case limit): | $10,019,706.00 |
| For Period Ending: | 7/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2021 | (14) | Rafael Angel Rodriguez Mojica | Per stipulation Dkt. No. 144. Fifth Payment of $10,000 and then 24 payments of $1000.00 each and a final payment of $6,000. See Adversary No. 18-00049 Dkt. No. 45 and 46. | 1249-000 | $1,000.00 | | $58,748.78 |
| 05/28/2021 | (15) | Rodriguez Cossio, Irma Adelina | Payment 11 of 24 on Stipulation Dkt. 81 and 82 in Adv. Proceeding 18-00050 Docket 134 and 135 on lead case 16-05295 | 1249-000 | $208.34 | | $58,957.12 |
| 05/28/2021 | (15) | Rodriguez Cossio, Irma Adelina | Payment 12 of 24 on Stipulation Dkt. no. 81 and 82 in Adv. No. 18-00050 Docket 134 and 135 on lead case 16-05295 | 1249-000 | $208.34 | | $59,165.46 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $87.16 | $59,078.30 |
| 06/21/2021 | (12) | Alguacil Tribunal Superior | Account Receivable from division of Marital Property consigned at Mayaguez Court. | 1121-000 | $5,299.24 | | $64,377.54 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $95.01 | $64,282.53 |
| 07/02/2021 | (12) | Alguacil Tribunal Superior | Account Receivable from Division of Marital Property consigned at Mayaguez Court | 1121-000 | $1,369.35 | | $65,651.88 |
| 07/07/2021 | (14) | Rafael Rodriguez | Per stipulation Dkt. No. 144. 6th Payment of $10,000 and then 24 payments of $1000.00 each and a final payment of $6,000. See Adversary No. 18-00049 Dkt. No. 45 and 46. | 1249-000 | $1,000.00 | | $66,651.88 |
| 07/07/2021 | (15) | Xavier Rodriguez | Payment 13 of 24 | 1249-000 | $208.34 | | $66,860.22 |

SUBTOTALS  $9,293.61  $182.17

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-05295-EAG | | **Trustee Name:** | Noreen Wiscovitch-Rentas |
| **Case Name:** | RODRIGUEZ COSSIO, IRMA ADELINA | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***4048 | | **Checking Acct #:** | ******9501 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 6/30/2016 | | **Blanket bond (per case limit):** | $10,019,706.00 |
| **For Period Ending:** | 7/13/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | |
|---|---|---|
| **TOTALS:** | $67,665.93 | $805.71 | $66,860.22 |
| **Less: Bank transfers/CDs** | $4,711.52 | $0.00 | |
| **Subtotal** | $62,954.41 | $805.71 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $62,954.41 | $805.71 | |

**For the period of 6/30/2016 to 7/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $62,954.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $62,954.41 |
| Total Internal/Transfer Receipts: | $4,711.52 |
| | |
| Total Compensable Disbursements: | $805.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $805.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/27/2018 to 7/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $62,954.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $62,954.41 |
| Total Internal/Transfer Receipts: | $4,711.52 |
| | |
| Total Compensable Disbursements: | $805.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $805.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-05295-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | Bank Name: | BANCO SANTANDER |
| Primary Taxpayer ID #: | **-***4048 | Checking Acct #: | ******3937 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 6/30/2016 | Blanket bond (per case limit): | $10,019,706.00 |
| For Period Ending: | 7/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/18/2018 | (12) | Alguacil Tribunal Superior | Liquidation of conjugal property Liquidation of conjugal property as determined by the P.R. Court of First Instance, Superior Court of Mayaguez, ISCI 2007-1184. | 1121-000 | $4,711.52 | | $4,711.52 |
| 08/27/2018 | | Green Bank | Transfer Funds | 9999-000 | | $4,711.52 | $0.00 |
| | | | TOTALS: | | $4,711.52 | $4,711.52 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,711.52 | |
| | | | Subtotal | | $4,711.52 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,711.52 | $0.00 | |

| For the period of 6/30/2016 to 7/13/2021 | | For the entire history of the account between 05/18/2018 to 7/13/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,711.52 | Total Compensable Receipts: | $4,711.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,711.52 | Total Comp/Non Comp Receipts: | $4,711.52 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,711.52 | Total Internal/Transfer Disbursements: | $4,711.52 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-05295-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | RODRIGUEZ COSSIO, IRMA ADELINA | Bank Name: | BANCO SANTANDER |
| Primary Taxpayer ID #: | **-***4048 | Checking Acct #: | ******3937 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 6/30/2016 | Blanket bond (per case limit): | $10,019,706.00 |
| For Period Ending: | 7/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $67,665.93 | $805.71 | $66,860.22 |

**For the period of 6/30/2016 to 7/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $67,665.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $67,665.93 |
| Total Internal/Transfer Receipts: | $4,711.52 |
| | |
| Total Compensable Disbursements: | $805.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $805.71 |
| Total Internal/Transfer Disbursements: | $4,711.52 |

**For the entire history of the case between 11/15/2016 to 7/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $67,665.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $67,665.93 |
| Total Internal/Transfer Receipts: | $4,711.52 |
| | |
| Total Compensable Disbursements: | $805.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $805.71 |
| Total Internal/Transfer Disbursements: | $4,711.52 |

/s/ NOREEN WISCOVITCH-RENTAS

NOREEN WISCOVITCH-RENTAS